UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KURT ZAMOR,

       PLAINTIFF,

VS

                           CASE NO. 1907060(UNA)

MONARCH SHIPPING CO LTD, ET AL

       DEFENDANTS,
_____/

## MOTION FOR RECONSIDERATION

Comes now Kurt Zamor appearing pro in this instant motion pursuant to Haines V. Kerner. This movant asks that this Court construes his motion liberally and not hold him to the same standards of that of an Attorney.

This movant asks that this Honorable Court reconsiders his ruling in the dismissal of his motion against Monarch Shipping Co LTD, because the Court misconstrued the pleadings. First this movant is an American Citizen of Haitian descent and not a Haitian refugee. Second this Court does have jurisdiction because in Angelex Ltd. United States of America 272 F. Supp 3d, 64,2017 U.S Dist LEXIS 159810,2017 AMC 2784 , the Court held that the APPS is a Federal statute. That statute speaking of APPS implements an international treaty called the International Convention for the Pollution from ships, commonly known as "MARPOL". Furthermore in 1980, the United States enacted the APPS to implement MARPOL. In the alternative this movant wishes to be the sole complainant against the parties and remove the people of Haiti as a class action suit. Additionally this movant motioned this Court for the appointment of a Pro Bono Attorney but this Court did not address that motion. Under the APPS it is unlawful to act in violation of the MARPOL Protocol or the regulations issued under 33 U.S.C 1907(a).



Although MARPOL is not self-executing, as a signatory nation the United States implemented the treaty by establishing rules that among other things sanction ships that violate MARPOL's provisions.

In the case involving MONARCH SHIPPING CO LTD in the Southern District of Florida, has MARPOL not been the authority, the Coast Guard would have not had the authority to board the ship under MARPOL.

For said reasons, this movant asks that his motion reflect that he is the sole plaintiff, and the record reflect that he is an American Citizen thus Haitian Refugee Ctr, Inc V. baker 949 F2d 1109,1110 (11th Cir 1991) not applicable. Additionally this movant asks that this Court addresses his motion for a Pro Bono Attorney.

Kurt Zamor _/s/ Kurt Zamor_                    Date 4/22/2019